UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVSION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO VALVERDE URTAHDO,<br><br>Defendant. | Case No. 24-cr-00019-PCP-4  (VKD)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Re: Dkt. No. 577 |

Having considered defendant Pablo Valverde Urtahdo's unopposed motion for a temporary modification of his conditions of release to permit him to travel outside of the District for work (Dkt. No. 577), the Court finds good cause has been shown for the modification, consistent with the requirements of the Bail Reform Act, 18 U.S.C. §§ 3142(c), (g).  Accordingly, the Court orders as follows:

Mr. Urtahdo may travel to and remain in the area near or around Barney, California in Shasta County in the Eastern District of California, for the period of time from June 29, 2026 through August 24, 2026, so that he may work for PG&E installing and maintaining equipment in that location.  Mr. Urtahdo may also travel to and from his residence in this District and his work location in Shasta County during this period of time.  He must keep his supervising Pretrial Services Officer informed of his travel and location schedule.  All other conditions of release remain as previously ordered.  *See* Dkt. Nos. 70, 336.

//

//

**IT IS SO ORDERED.**

Dated: June 25, 2026

Virginia K. DeMarchi
United States Magistrate Judge